

680 Craig Rd., Suite 400
St. Louis, Missouri 63141
Telephone: (314) 338-3740 Facsimile: (314) 665-1707

krhoten@constangy.com
(314) 925-7272

June 29, 2023

**VIA ECF**

United States Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edward Herbert Building
600 S. Maestri Place
New Orleans, LA 70130

      Re:    ***Robert Anthony Zaragoza v. Union Pacific Railroad Co.***
               **Appeal No. 23-50194**

Dear Clerk of Court:

I write to request a two-week extension for Appellee's response brief in the above-referenced matter. Appellee's response brief is currently due on July 14, 2023. Appellee is requesting an extension until July 28, 2023. Counsel for Appellee conferred with counsel for Appellant, who does not object to this request.

Appellee requests a two-week extension due to conflicts with other litigation matters. Appellee's counsel has pre-trial filing deadlines in a separate matter the week of July 10, 2023 and a motion hearing in this same matter on July 14, 2023. Appellee's counsel does not anticipate requesting any further extensions.

Please don't hesitate to contact me if you have questions or need additional information on this request.

Sincerely,

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

Katie M. Rhoten
Attorney

Alabama  California  Colorado  Florida  Georgia  Illinois  Massachusetts  Minnesota  Missouri
New Jersey  New York  North Carolina  South Carolina  Tennessee  Texas  Virginia

5924878v.1
9743196v1